**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ROBERT JAMIESON, JUDITH JAMIESON,
ROBERT JAMIESON AS TRUSTEE FOR THE
RAYMOND DAVID JAMIESON IRREVOCABLE
GRANDCHILDREN'S TRUST, and JUDITH
JAMIESON AS TRUSTEE FOR THE JAMIESON
FAMILY FOUNDATION,

                Plaintiffs,

-against-

SECURITIES AMERICA, INC.,
SECURITIES AMERICA ADVISORS, INC.,
HECTOR A. MAY, VANIA MAY BELL, and
EXECUTIVE COMPENSATION PLANNERS, INC.,

                Defendants.

Case No. 19 Civ. 1817 (VB)

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL BETWEEN PLAINTIFFS AND DEFENDANTS SECURITIES AMERICA, INC AND SECURITIES AMERICA ADVISORS, INC.**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Judith Jamieson and Robert Jamieson (individually and on behalf of the Raymond David Jamieson Irrevocable Grandchildren's Trust and the Jamieson Family Foundation) and Defendants Securities America, Inc. and Securities America Advisors, Inc. hereby stipulate to dismiss this litigation as between these parties, with prejudice and with each party to bear its own attorneys' fees, costs and expenses.

*[Stamped: ELECTRONICALLY FILED, DOC #: ___, DATE FILED: 9/4/20]*

*[Handwritten: Copies Mailed/Faxed 9/4/20, Chambers of Vincent L. Briccetti]*

_____    Date: September 2, 2020
Justin M. Sher
Robert Knuts
Allegra Noonan
SHER TREMONTE LLP
90 Broad Street
23rd Floor
New York, NY 10004

*Attorneys for Plaintiffs*

_____    Date: September 2, 2020
Bruce M. Bettigole
Adam C. Pollet
EVERSHEDS SUTHERLAND (US) LLP
700 Sixth Street, NW
Suite 700
Washington, DC 20001

*Attorneys for Defendants Securities America, Inc. and Securities America Advisors, Inc.*

So Ordered:

_____
Vincent L. Briccetti, U.S.D.J.
9/3/2020