

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ROBERT JAMIESON; JUDITH JAMIESON;  :
ROBERT JAMIESON, as Trustee for the  :
Raymond David Jamieson Irrevocable  :
Grandchildren's Trust; and JUDITH JAMIESON, :
as Trustee for the Jamieson Family Foundation, :
                         Plaintiffs,  :   **ORDER**
v.  :
    :   19 CV 1817 (VB)
SECURITIES AMERICA, INC.; SECURITIES  :
AMERICA ADVISORS, INC.; HECTOR A.  :
MAY; VANIA MAY BELL; and EXECUTIVE  :
COMPENSATION PLANNERS, INC.,  :
                         Defendants.  :
--------------------------------------------------------------x

    By Opinion and Order dated December 20, 2019, the Court stayed the instant action and compelled arbitration of plaintiffs' claims against defendants Securities America, Inc., and Securities America Advisors, Inc. (together, "Securities America").  (Doc. #53).

    On September 3, 2020, plaintiffs and Securities America filed a stipulation of dismissal with prejudice, thereby dismissing plaintiffs' claims against Securities America.  Today, the Court So-Ordered the stipulation.

    Accordingly, by September 18, 2020, plaintiffs shall notify the Court in writing as to the next steps in this matter.

    Chambers will mail a copy of this Order to defendant Vania May Bell at her address listed on the docket.

Dated: September 4, 2020
       White Plains, NY                    SO ORDERED:

                                                      Vincent L. Briccetti
                                                      United States District Judge