UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ROBERT JAMIESON; JUDITH JAMIESON; :
ROBERT JAMIESON AS TRUSTEE FOR :
THE RAYMOND DAVID JAMIESON :
IRREVOCABLE GRANDCHILDREN'S :
TRUST; and JUDITH JAMIESON AS :
TRUSTEE FOR THE JAMIESON FAMILY :
FOUNDATION, :
                  Plaintiffs, :
                                              :
v. :
                                                :
HECTOR A. MAY; VANIA MAY BELL; :
and EXECUTIVE COMPENSATION :
PLANNERS, INC., :
                  Defendants. :
--------------------------------------------------------------x

**ORDER**

19 CV 1817 (VB)



      By Order dated August 26, 2019, the Court denied without prejudice defendant Vania May Bell's request to stay this case pending resolution of her related criminal proceeding, United States v. Bell, No. 19-cr-550-NSR (S.D.N.Y.). (Doc. #52). However, the August 26 Order stayed all discovery in this matter pending resolution of a then-pending motion to compel arbitration, submitted by Securities America, Inc., and Securities America Advisors, Inc. (together, "Securities America"). (Id.).

      By Opinion and Order dated December 12, 2019, the Court stayed the instant action and compelled arbitration of plaintiffs' claims against Securities America. (Doc. #53).

      By Stipulation and Order dated September 4, 2020, plaintiffs dismissed with prejudice their claims against Securities America. (Doc. #59). Accordingly, by separate Order that day, the Court instructed plaintiffs to state in writing their position as to the next steps in this matter. (Doc. #60).

By letter today, plaintiffs inform the Court they consent to a stay of this matter, with respect to their claims against defendant Bell, pending the outcome of Bell's related criminal proceeding. (Doc. #61).

Plaintiffs further advise that during a stay as to their claims against Bell, plaintiffs will seek to negotiate a stipulated judgment respecting their claims against defendants Hector A. May and Executive Compensation Planners, Inc. ("ECP"). (Id.).[1]

Accordingly, it is HEREBY ORDERED:

1. This action remains STAYED pending further Order of the Court.

2. By <u>December 17, 2020</u>, and every ninety days thereafter, plaintiffs must notify the Court of (i) their efforts to seek a stipulated judgment as to their claims against May and ECP, and (ii) the status of Bell's related criminal proceeding.

Chambers will mail a copy of this Order to defendant Vania May Bell at her address on the docket.

Dated: September 18, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

---

[1] May and ECP have not appeared in this action. On May 13, 2019, the Clerk of Court entered a certificate of default as to May and ECP. (Doc. #42).