UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ROBERT JAMIESON, individually and as
Trustee for the Raymond David Jamieson
Irrevocable Grandchildren's Trust, and JUDITH
JAMIESON, individually and as Trustee for the
Jamieson Family Foundation
                         Plaintiffs,

v.

HECTOR A. MAY, VANIA MAY BELL, and
EXECUTIVE COMPENSATION PLANNERS,
INC.,
                         Defendants.
-----------------------------------------------------------x

**ORDER**

19 CV 1817 (VB)

By Memorandum Endorsement dated March 18, 2021, the Court granted plaintiffs' request to move for default judgment against defendants Hector May and Executive Compensation Planners, Inc. ("ECP"). To date, plaintiffs have not so moved.

Accordingly, provided that defendants Hector May and ECP remain in default, plaintiffs are ORDERED to seek certificates of default as to those defendants by June 21, 2021, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendants by July 9, 2021. **If plaintiffs fail to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders. Fed. R. Civ. P. 41(b).**

Chambers will mail a copy of this Order to defendant Vania May Bell at her address on the docket.

Dated: June 7, 2021
      White Plains, NY

SO ORDERED:

_Vincent L. Briccetti_
Vincent L. Briccetti
United States District Judge