

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

ROBERT JAMIESON, JUDITH JAMIESON,
ROBERT JAMIESON AS TRUSTEE FOR THE
RAYMOND DAVID JAMIESON IRREVOCABLE
GRANDCHILDREN'S TRUST, and JUDITH
JAMIESON AS TRUSTEE FOR THE JAMIESON
FAMILY FOUNDATION,

           Plaintiffs,

-against-

SECURITIES AMERICA, INC.,
SECURITIES AMERICA ADVISORS, INC.,
HECTOR A. MAY, VANIA MAY BELL, and
EXECUTIVE COMPENSATION PLANNERS, INC.,

           Defendants.

Case No. 19 Civ. 1817 (VB)

[~~PROPOSED~~]
**DEFAULT JUDGMENT**
AS TO LIABILITY

    This action having been commenced on February 26, 2019, by the filing of the Complaint on February 26, 2019; and a copy of the Summons and Complaint having been served on the Defendant Hector A. May on April 8, 2019 by personally delivering and leaving the same with Hector A. May at 3 Dutchess Drive, Orangeberg, New York 10962, and a proof of this service having been filed on April 19, 2019; and a copy of the Summons and Complaint having been served on the Defendant Executive Compensation Planners, Inc. on April 8, 2019 by personally delivering and leaving with Hector A. May at 3 Dutchess Drive, Orangeberg, New York 10962, who is authorized by Executive Compensation Planners, Inc. to receive service at that address, and a proof of this service having been filed on April 19, 2019; and Defendants Hector A. May and Executive Compensation Planners, Inc. not having answered the Complaint, and the time for answering the Complaint having expired, it is

**ORDERED, ADJUDGED AND DECREED**: That the Plaintiffs have judgment (as to liability) against Defendants Hector A. May and Executive Compensation Planners, Inc., ~~in the amount of $30,035,597.00~~. with damages to be determined upon an inquest.

VB

Dated: White Plains, New York
8/30 2021

_____
U.S.D.J.

This document was entered on the docket on _____.

The Clerk is instructed to terminate the motion. (Doc #73).