**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROBERT JAMIESON, *et al.*,

                                  Plaintiffs,           **SCHEDULING ORDER**

      -against-                                       19 Civ. 1817 (VB)(JCM)

SECURITIES AMERICA, INC., *et al.*,

                                Defendants.
-----------------------------------------------------------------X

       The Court has scheduled a Telephone Conference for September 20, 2021 at 11:30 a.m. before Magistrate Judge Judith C. McCarthy. The parties shall call the following number at the time of the conference:

       Toll-Free Number: 877-873-8017
       Access Code: 4264138

       The Clerk is respectfully requested to mail a copy of this Order to the *pro se* Defendants.

Dated:  September 8, 2021
           White Plains, New York

                                                          **SO ORDERED:**

                                                          */s/ Judith C. McCarthy*
                                                           JUDITH C. McCARTHY
                                                           United States Magistrate Judge