Case 7:19-cv-01817-VB-JCM   Document 103   Filed 03/14/22   Page 1 of 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ROBERT JAMIESON, JUDITH JAMIESON,
ROBERT JAMIESON AS TRUSTEE FOR THE
RAYMOND DAVID JAMIESON IRREVOCABLE
GRANDCHILDREN'S TRUST, and JUDITH
JAMIESON AS TRUSTEE FOR THE JAMIESON
FAMILY FOUNDATION,

                    Plaintiffs,

-against-

SECURITIES AMERICA, INC.,
SECURITIES AMERICA ADVISORS, INC.,
HECTOR A. MAY, VANIA MAY BELL, and
EXECUTIVE COMPENSATION PLANNERS, INC.,

                    Defendants.

Case No. 19 Civ. 1817 (VB) (JCM)

[~~PROPOSED~~]
**DEFAULT JUDGMENT**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/22

Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

    This action having been commenced on February 26, 2019, by the filing of the Complaint on February 26, 2019; and a copy of the Summons and Complaint having been served on the Defendant Hector A. May on April 8, 2019 by personally delivering and leaving the same with Hector A. May at 3 Dutchess Drive, Orangeburg, New York 10962, and a proof of this service having been filed on April 19, 2019; and a copy of the Summons and Complaint having been served on the Defendant Executive Compensation Planners, Inc. on April 8, 2019 by personally delivering and leaving with Hector A. May at 3 Dutchess Drive, Orangeburg, New York 10962, who is authorized by Executive Compensation Planners, Inc. to receive service at that address, and a proof of this service having been filed on April 19, 2019; and Defendants Hector A. May and Executive Compensation Planners, Inc. not having answered the Complaint, and the time for answering the Complaint having expired; and a default judgment for liability being entered on August 30, 2021, it is

**ORDERED, ADJUDGED AND DECREED**: That the Plaintiffs have judgment against Defendants Hector A. May and Executive Compensation Planners, Inc. in the amount of $31,632,020 with post-judgment interest to accrue as of the date of entry of this judgment. Judgment in the amount of $31,632,020 includes compensatory damages in the amount of $20,566,010 reflecting well-managed portfolio damages as of February 28, 2018, punitive damages equal to the amount in compensatory damages, and a reduction of $9,500,000 in payments received from other Defendants for related claims.

Dated: White Plains, New York
       May 2      2022

_____
Vincent L. Bricetti, U.S.D.J.

This document was entered on the docket on _____.