UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ROBERT JAMIESON, JUDITH JAMIESON,
ROBERT JAMIESON, as Trustee for the
Raymond David Jamieson Irrevocable
Grandchildren's Trust, and JUDITH
JAMIESON, as Trustee for the Jamieson
Family Foundation,
                Plaintiffs,

v.

VANIA MAY BELL,
                Defendant.
--------------------------------------------------------------x

**ORDER**

19 CV 1817 (VB)



On September 18, 2020, the Court granted pro se defendant Vania May Bell's motion to stay this action pending resolution of a related criminal case against her, United States v. Bell, No. 19-cr-550-NSR (S.D.N.Y.). (Doc. #62).

On July 25, 2022, the Court ordered that by October 7, 2022, defendant shall again notify the Court in writing of the status of her criminal proceeding. (Doc. #109).

To date, defendant has not filed a further status update.

Accordingly, the Court, sua sponte, extends to October 31, 2022, defendant's time to notify the the Court in writing of the status of her criminal proceeding.

Chambers will mail a copy of this Order to defendant at the address listed on the docket.

Dated: October 17, 2022
       White Plains, NY

                                    SO ORDERED:

                                    Vincent L. Briccetti
                                    United States District Judge