MEMORANDUM ENDORSEMENT

<u>Jamieson, et al. v. Bell</u>
19 CV 1817 (VB)

      APPLICATION DENIED:

      Defendant's request for a stay of all proceedings is DENIED. Plaintiffs indicated their anticipated summary judgment motion will be "based upon the sworn statements made by Ms. Bell and her father, Hector May, at the time each of these Defendants pled guilty to related criminal charges," and that "the claims in this case are unrelated to her forfeiture and restitution obligations" in the criminal matter. (Doc. #131).

      The case shall proceed according to the schedule previously ordered by the Court. (Doc. #132). By **March 6, 2024**, plaintiffs shall file their motion for summary judgment. By **April 17, 2024**, defendant shall file her opposition. By **May 7, 2024**, plaintiffs shall file their reply, if any.

      Chambers will mail a copy of this Order to defendant at the address on the docket.

Dated: January 26, 2024
       White Plains, NY

                                SO ORDERED:

                                Vincent L. Briccetti
                                United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR WHITE PLAINS

WESTCHESTER COUNTY



UNITED STATES OF AMERICA
PLAINTIFF

V.

VANIA BELL
DEFENDANT

19 CIV. 1817 (VB)
Motion to stay all proceedings
until resolution of restitution hea

COMES NOW THE DEFENDANT IN PRO-SE TO HUMBLY ASKL THE COURT TO STAY ANY AND ALL REQUESTS THAT COME REGARDING THIS CASE FOR FINAL JUDGEMENT. THE DEFENDANT HAS REQUESTED AN "ACTUAL" RESTITUTION HEARING IN THE CRIMINAL MATTER AS THERE HAS BEEN A CHANGE IN AUTUAL AMOUNT OWED, VICITMS LIST AND IN ORDER TO PREVENT A SERIOUS MISCARRIAGE OF JUSTICE, A STAY IS REQUESTED IN ORDER TO SETTLE THE MATTER.

ATTORNEY FOR THE PLAINTIFF HAS STATED THAT SHE DEEMS THEIR OFFER TO BE REJECTED BY ME, HOWEVER THERE IS A MATERIAL MATTER OF FACT TO BE DETERMINED BY THE COURT.

THE DEFENDANT HAS ASKED FOR A RESTITUTION HEARING ON JANUARY 3, 2024, AND SHE HAS NOT RECEIVED AN ANSWER TO THAT MOTION. NEW INFORMATION HAS BEEN OBTAINED AND THE SETTLEMENT AMOUNT. IN THE DEFENDANTS INFORMATION HAS BEEN PAID. A RESTITUTION HEARING IS NECESSARY FOR THE SPECIFIC QUESTIONS IN THAT MOTION. PLEASE STAY ALL PROCEEDINGS IN A SUMMARY JUDGEMENT UNTIL CONCLUSION OF HEARING.

I ASK IN GOOD FAITH ON JANUARY 21, 2024.



RESPECTFULLY SUBMITTED,

1/21/24

CERTIFICATE OF SERVICE

A TRUE OCPY OF THE FORGOING MAILED THIS 21st DAY OF JANUARY BY WAY OF U S MAIL AT FPC DANBURY TO:

UNITED STATES DISTRICT COURT
300 QUARROPAS ST
WHITE PLAINS, NEW YORK 10601

The Honorable Nelson S Roman

Vania Rea
FPC - 67089054
33½ Pembroke Rd.
Danbury CT 06811

RECEIVED
JAN 24 2024
U.S.D.C.
W.P.

WESTCHESTER NY 105
22 JAN 2024 PM 2 L

10601-414000

UNITED STATES DISTRICT COURT
Attn: PRO SE INTRKE
300 Quarropas St
White Plains New York
10601