Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ROBERT JAMIESON, JUDITH JAMIESON,  :
ROBERT JAMIESON, as Trustee for the  :
Raymond David Jamieson Irrevocable  : **ORDER**
Grandchildren's Trust, and JUDITH  :
JAMIESON, as Trustee for the Jamieson  : 19 CV 1817 (VB)
Family Foundation,  :
               Plaintiffs,  :
                 :
v.  :
                 :
VANIA MAY BELL,  :
               Defendant.  :
--------------------------------------------------------------x

      On March 6, 2024, plaintiffs filed their motion for summary judgment. (Doc. #136). On April 22, 2024, the Court granted defendant a 60-day extension, setting defendant's deadline to file an opposition by June 24, 2024. (Doc. #145).

      On June 24, 2024, defendant requested an additional 90-day extension of time to file an opposition. (Doc. #146). On July 1, 2024, the Court granted defendant a 30-day extension, setting defendant's deadline to file an opposition by July 31, 2024. (Doc. #147).

      On July 24, 2024, defendant submitted a "Notice of Objection for Partial Continuance of 30 Days." Defendant did not specifically request an additional extension of time to file her opposition, but noted she "has limited resources to prepare this argument" and her "efforts in this case are diligent and with respect to the courts time." (Doc. #148).

      To date, defendant has not responded to plaintiffs' motion. Although the Court is sympathetic to the constraints defendant faces while incarcerated, the Court is also sympathetic to plaintiffs' right to obtain a timely resolution of this case, which is now over five years old.

      Accordingly, the Court deems plaintiffs' motion for summary judgment fully submitted and unopposed and will decide it in due course.

      Chambers will mail a copy of this Order to defendant at the address on the docket.

Dated: August 7, 2024
      White Plains, NY

                                         SO ORDERED:

                                         _____
                                         Vincent L. Briccetti
                                         United States District Judge