UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ROBERT JAMIESON, JUDITH JAMIESON, :
ROBERT JAMIESON, as Trustee for the :
Raymond David Jamieson Irrevocable :
Grandchildren's Trust, and JUDITH :
JAMIESON, as Trustee for the Jamieson :
Family Foundation, :
              Plaintiffs, :
:
v. :
:
VANIA MAY BELL, :
              Defendant. :
--------------------------------------------------------------x

**ORDER**

19 CV 1817 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/2024

      On March 6, 2024, plaintiffs filed their motion for summary judgment. (Doc. #136). On April 22, 2024, the Court granted defendant a 60-day extension, setting defendant's deadline to file an opposition by June 24, 2024. (Doc. #145).

      On June 24, 2024, defendant requested an additional 90-day extension of time to file an opposition. (Doc. #146). On July 1, 2024, the Court granted defendant a 30-day extension, setting defendant's deadline to file an opposition by July 31, 2024. (Doc. #147).

      On July 24, 2024, defendant submitted a "Notice of Objection for Partial Continuance of 30 Days." Defendant did not specifically request an additional extension of time to file her opposition, but noted she "has limited resources to prepare this argument" and her "efforts in this case are diligent and with respect to the courts time." (Doc. #148).

      On August 7, 2024, defendant had not responded to plaintiffs' motion and the Court deemed plaintiffs' motion fully submitted and unopposed. (Doc. #149).

      On August 19, 2024, the Court received defendant's "Notice of Oppositional Response to Summary Judgment." (Doc. #150). The Court notes defendant's opposition is dated July 31, 2024. (Id. at ECF 11).

      Because of the special solicitude afforded pro se litigants, the Court accepts defendant's opposition.

      Plaintiffs' reply, if any, is due **September 13, 2024.**

Chambers will mail a copy of this Order to defendant at the address on the docket.

Dated: August 23, 2024
      White Plains, NY

                                      SO ORDERED:

                                      Vincent L. Briccetti
                                      United States District Judge