UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

ROBERT JAMIESON, JUDITH JAMIESON,
ROBERT JAMIESON, as Trustee for the Raymond
David Jamieson Irrevocable Grandchildren's Trust,
and JUDITH JAMIESON, as Trustee for the
Jamieson Family Foundation,

                        Plaintiffs,

    -against-                                          19 **CIVIL** 1817 (VB)

## **JUDGMENT**

VANIA MAY BELL,

                        Defendant.

----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 15, 2024, Plaintiffs' motion for summary judgment is GRANTED. Judgment is entered as follows: 1. Plaintiffs are entitled to judgment against defendant Vania May Bell on plaintiffs' aiding and abetting fraud and aiding and abetting breach of fiduciary duty claims; 2. Defendant Vania May Bell is liable to plaintiffs in the total amount of $31,632,020. Of this amount, defendant Bell is jointly and severally liable with Hector May and Executive Compensation Planners, Inc., for compensatory damages in the amount of $11,066,010 (i.e., $20,566,010 less $9,500,000 recovered by plaintiffs from other defendants in this case), and is individually liable for $20,566,010 in punitive damages. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York

       October 15, 2024

                                                                      **DANIEL ORTIZ**

                                                                **Acting Clerk of Court**

                                        **BY:**     *K. Mango*

                                                                **Deputy Clerk**